**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-9884

Attorneys for Plaintiff, Individually and on behalf of all others similarly situated

| | |
|---|---|
| Alison Rivera, on behalf of herself and all other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　- vs. -<br><br>Consolidated Bus Transit, Inc., Clarendon Holding Co., Inc., Clarendon Holdings of NY, Inc., Dana Mancuso, Jodi Genovese, and Anne Curcio.<br><br>　　　　Defendants. | INDEX NO. 11-CV-924<br>　(ENV)(VVP)<br><br>**NOTICE OF MOTION** |

**NOTICE OF PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZE NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED**

PLEASE TAKE NOTICE, that upon the following memorandum of law, the declaration of David Stein, Esq. the accompanying declaration of Alison Rivera, and all pleadings and supporting materials filed herein, Plaintiff hereby moves this Court for an order conditionally certifying a Fair Labor Standards Act ("FLSA") collective action and authorizing notice to be issued to all persons similarly situated so that they may be informed of the action and have a meaningful opportunity to "opt-in" to the action as plaintiff by also asserting FLSA claims.

Also enclosed is a proposed form of Order on this motion.

Dated: May 13, 2011

                                         _____
                                         David Stein (DS 2119)
                                         SAMUEL & STEIN
                                         38 W. 32nd St., Ste. 1110
                                         New York, New York 10001
                                         (212) 563-9884

                                         Attorneys for Plaintiff